■ PAUL R. GERWITZ, Appellant, v RONALD BROGAN, Respondent. [632 NYS2d 1005] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in ordering plaintiff to reimburse defendant for improvements made by defendant to plaintiff's property, in the absence of a request by defendant for such reimbursement or any other equitable relief (cf., Kraker v Roll, 100 AD2d 424, 433; Roller v Frankel, 9 AD2d 24, appeal dismissed 9 NY2d 649). We, therefore, modify the judgment on appeal by vacating that portion awarding defendant $49,600 for the improvements. (Appeal from Judgment of Supreme Court, Allegany County, Kelly, J.H.O.—Ejectment.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ In the Matter of the Estate of ESTHER C. MORAN, Deceased. MARJORIE BRIGANDI, Appellant-Respondent; ROBERT MARTIN et al., Respondents-Appellants. (Appeal No. 2.) [632 NYS2d 913] —Appeals unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051). (Appeals from Order of Monroe County Surrogate's Court, Ciaccio, S.—Will Probate.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GAVADIN, Appellant. [632 NYS2d 351] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment of Supreme Court entered October 20, 1994, resentencing him following a violation of probation to one year in the Erie County Correctional Facility. Defendant argues that he was improperly denied a restitution hearing before he was sentenced to a term of probation. The record on appeal contains a notice of appeal from only the judgment of October 20, 1994; nothing in the record indicates that defendant filed a notice of appeal from the original judgment of conviction. Under those circumstances, this Court may review only the propriety of the judgment resentencing defendant and cannot review defendant's present challenge to the original judgment of conviction (see, CPL 450.30 [3]; People v Dabbs, 178 AD2d 848, lv denied 79 NY2d 946; People v Lugo, 176 AD2d 177, 178). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Violation of Probation.) Present—Green, J. P., Fallon, Doerr and Balio, JJ.